B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Central District of California - Riverside | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Alin Party Supply Co.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Party Depot; DBA Alin's Party Depot; DBA Halloween America** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**33-0321323** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**14150 Artesia Boulevard**<br>**Cerritos, CA**    ZIP Code **90703** | Street Address of Joint Debtor (No. and Street, City, and State):    ZIP Code |
| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):    ZIP Code | Mailing Address of Joint Debtor (if different from street address):    ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):    **6493 Magnolia Avenue**<br>**Riverside, CA 92506** | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Alin Party Supply Co.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                            Page 3

| **Voluntary Petition** | Name of Debtor(s):<br>**Alin Party Supply Co.** |
|---|---|
| *(This page must be completed and filed in every case)* | |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|

X _____
Signature of Attorney for Debtor(s)

**Ron Bender 143364**
Printed Name of Attorney for Debtor(s)

**Levene, Neale, Bender, Yoo & Brill LLP**
Firm Name

**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067**

_____
Address

**(310) 229-1234**
Telephone Number

**May 13, 2011                    143364**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **SEE NEXT PAGE**
Signature of Authorized Individual

**Dennis Fitzgerald and Bernard E. Lyons, Jr.**
Printed Name of Authorized Individual

**Co-Chief Executive Officers**
Title of Authorized Individual

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B1 (Official Form 1)(4/10)

Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Alin Party Supply Co. |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney\***

X _____
Signature of Attorney for Debtor(s)

**Ron Bender 143364**
Printed Name of Attorney for Debtor(s)

**Levene, Neale, Bender, Yoo & Brill LLP**
Firm Name

**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067**

_____
Address

**(310) 229-1234**
Telephone Number

**143364**
Date

\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**Dennis Fitzgerald and Bernard E. Lyons, Jr.**
Printed Name of Authorized Individual

**Co-Chief Executive Officers**
Title of Authorized Individual

May 11, 2011 / May 11, 2011
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California - Riverside

In re    **Alin Party Supply Co.**                                          Case No. _____

                                              Debtor(s)          Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

       Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)                                                                 | (2)                                                                                                                          | (3)                                                                   | (4)                                                                                               | (5)                                                                      |
|---------------------------------------------------------------------|----------------------------------------------------------------------------------------------------------------------------|-----------------------------------------------------------------------|---------------------------------------------------------------------------------------------------|--------------------------------------------------------------------------|
| *Name of creditor and complete mailing address including zip code*  | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)*   | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff*                   | *Amount of claim [if secured, also state value of security]*             |
| **CREATIVE CONVERTING**<br>**255 SPRING STREET**<br>**CLINTONVILLE, WI 54929** | **DAN BUBOLTZ**<br>**CREATIVE CONVERTING**<br>**255 SPRING STREET**<br>**CLINTONVILLE, WI 54929**<br>**800-428-5017** | **Trade debt** |  | **321,067.89** |
| **The Mark and Dolly Rouse Trust**<br>**Dated November 5, 2008**<br>**1611 Kona Drive**<br>**Compton, CA 90220** | **The Mark and Dolly Rouse Trust**<br>**Dated November 5, 2008**<br>**1611 Kona Drive**<br>**Compton, CA 90220** |  |  | **250,000.00**<br><br>**(0.00 secured)** |
| **RUBIE'S COSTUME CO. INC.**<br>**ONE RUBIE PLAZA**<br>**RICHMOND HILL, NY 11418** | **MIRIAM GAJ**<br>**RUBIE'S COSTUME CO. INC.**<br>**ONE RUBIE PLAZA**<br>**RICHMOND HILL, NY 11418**<br>**516-326-1500** | **Trade debt** |  | **249,092.39** |
| **LEG AVE INC**<br>**19601 E WALNUT DR SOUTH**<br>**INDUSTRY, CA 91748** | **JUANITA RUSH**<br>**LEG AVE INC**<br>**19601 E WALNUT DR SOUTH**<br>**INDUSTRY, CA 91748**<br>**888-453-4283** | **Trade debt** |  | **173,049.10** |
| **FUN WORLD, INC.**<br>**80 VOICE ROAD**<br>**CARLE PLACE, NY 11515** | **JENNY LI**<br>**FUN WORLD  (EASTER UNLIMI**<br>**80 VOICE ROAD**<br>**CARLE PLACE, NY 11515**<br>**516-873-9000** | **Trade debt** |  | **126,069.08** |
| **DREAMGIRL**<br>**10117 JEFFERSON BLVD**<br>**CULVER CITY, CA 90232** | **FERNANDO GARCIA**<br>**DREAMGIRL**<br>**10117 JEFFERSON BLVD**<br>**CULVER CITY, CA 90232**<br>**800-622-5686** | **Trade debt** |  | **123,854.78** |
| **FORUM NOVELTIES, INC.**<br>**3000 LONG BEACH RD.**<br>**OCEANSIDE, NY 11572** | **INGRID BUTLER**<br>**FORUM NOVELTIES, INC.**<br>**3000 LONG BEACH RD.**<br>**OCEANSIDE, NY 11572**<br>**800-443-6786** | **Trade debt** |  | **107,115.22** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Alin Party Supply Co.**                                       Case No.

                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| DISGUISE INC.<br>9040 ACTIVITY RD ST D<br>SAN DIEGO, CA 92126 | WILMA CRAWFORD<br>DISGUISE INC.<br>9040 ACTIVITY RD ST D<br>SAN DIEGO, CA 92126<br>858-391-3600 | **Trade debt** | | 102,643.68 |
| AMSCAN<br>80 GRASSLAND RD.<br>ELMSFORD, NY 10523 | JULIE GUALINO<br>AMSCAN<br>80 GRASSLAND RD.<br>ELMSFORD, NY 10523<br>800-444-8887 | **Trade debt** | | 73,422.43 |
| EVERGREEN PLAZA GROUP, LLC<br>c/o Team Management Co., LLC<br>5125 Wittenberg Lane North<br>Keizer, OR 97303 | EVERGREEN PLAZA GROUP, LLC<br>c/o Team Management Co., LLC<br>5125 Wittenberg Lane North<br>Keizer, OR 97303 | **Real Property Lease claims** | | 72,330.99 |
| COVINA PROPERTIES, LLC<br>595 EVELYN PLACE<br>BEVERLY HILLS, CA 90210 | COVINA PROPERTIES, LLC<br>595 EVELYN PLACE<br>BEVERLY HILLS, CA 90210 | **Real Property Lease Claims** | | 71,392.23 |
| BEISTLE COMPANY<br>1 BEISTLE PLAZA<br>PO BOX 10<br>SHIPPENSBURG, PA 17257 | SUSAN ROHER<br>BEISTLE<br>1 BEISTLE PLAZA<br>PO BOX 10<br>SHIPPENSBURG, PA 17257<br>717-532-2131 | **Trade debt** | | 67,620.63 |
| Hudson Investment Company<br>Attn: John Hudson<br>PO Box 19119<br>Portland, OR 97280 | Hudson Investment Company<br>Attn: John Hudson<br>PO Box 19119<br>Portland, OR 97280 | **Real Property Lease claims** | | 63,095.18 |
| DARICE<br>21160 DRAKE RD.<br>STRONGSVILLE, OH 44136 | HEIDI THOGMARTIN<br>DARICE<br>21160 DRAKE RD.<br>STRONGSVILLE, OH 44136<br>800-321-1494 | **Trade debt** | | 53,109.58 |
| UNIQUE INDUSTRIES INC.<br>4750 LEAGUE ISLAND BLVD<br>PHILADELPHIA, PA 19112-1222 | KELLY MILLER<br>UNIQUE INDUSTRIES INC.<br>4750 LEAGUE ISLAND BLVD<br>PHILADELPHIA, PA 19112-1222<br>800-888-0559 | **Trade debt** | | 48,218.46 |
| VISUAL EFFECTS INC.<br>600 EAST 156 ST<br>BRONX, NY 10455 | HANK KWATEL<br>VISUAL EFFECTS INC.<br>600 EAST 156 ST<br>BRONX, NY 10455<br>718-324-0011 | **Trade debt** | | 40,639.40 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Alln Party Supply Co.**                                        Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **UNDERWRAPS COSTUMES 9185 KELVIN AVE CHATSWORTH, CA 91311** | **BOBBIE FRIDRICK UNDERWRAPS 9185 KELVIN AVE CHATSWORTH, CA 91311 888-229-2879** | **Trade debt** | | 38,872.55 |
| **SUNSTAR INDUSTRIES 360-366 W. 132ND ST. LOS ANGELES, CA 90061** | **ROBERT SCOTT SUNSTAR INDUSTRIES 360-366 W. 132ND ST. LOS ANGELES, CA 90061 310-366-7578** | **Trade debt** | | 38,759.84 |
| **MARYLAND PLASTICS, INC. P.O. BOX 472 FEDERALSBURG, MD 21632** | **TOMAS DAVILLA MARYLAND PLASTICS INC. P.O. BOX 472 FEDERALSBURG, MD 21632 800-544-5582** | **Trade debt** | | 34,169.88 |
| **CALIFORNIA COSTUME CREATIONS 210 SOUTH ANDERSON ST LOS ANGELES, CA 90033** | **IRENE MANCINI CALIFORNIA COSTUME 210 SOUTH ANDERSON ST LOS ANGELES, CA 90033 323-262-8383** | **Trade debt** | | 30,748.85 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Co-Chief Executive Officers of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date *May 11 2011 / May 11, 2011*      Signature *[signature]* Dennis Fitzgerald and Bernard E. Lyons, Jr.
Co-Chief Executive Officers

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Central District of California - Riverside

In re    **Alin Party Supply Co.**

Debtor(s)

Case No.
Chapter    **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| The Fitzgerald Family Trust dated 9/8/93 (Dennis Fitzgerald and Jeanette Fitzgerald, co-trustees) Attn: Dennis Fitzgerald 14150 Artesia Blvd. Cerritos, CA 90703 | Common Stock | 50% | Ownership |
| The Bernard E. Lyons Jr. Living Trust dated December 29, 1999 (Bernard Lyons and Nancy Lyons, co-trustees) Attn: Bernard Lyons 14150 Artesia Blvd. Cerritos, CA 90703 | Common Stock | 16.67% | Ownership |
| The Mary T. Lane Living Trust dated May 5, 2000 (Mary Lane and Scott Lane, co-trustees) Attn: Jerald F. Richman, Esq. 100 North LaSalle St., Suite 910 Chicago, IL 60600 | Common Stock | 16.67% | Ownership |
| The Daniel E. Lyons Trust dated August 21, 1995 (Bernard Lyons and Nancy Lyons, co-trustees) Attn:Clare S. Springs, Esq Springs & Associates PC 650 California Street, 19th Floor San Francisco, CA 94108-2606 | Common Stock | 16.66% | Ownership |

In re:   **Alln Party Supply Co.**                                         Case No. _____
_____
                          Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

We, Dennis Fitzgerald, and Bernard R. Lyons, Jr., Co-Chief Executive Officers of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of our information and belief.

Date: _____May 11, 2011_____        Signature. _____
                                                            Dennis Fitzgerald, Co-Chief Executive Officer

Date:   May 11, 2011                            _____
                                                            Bernard E. Lyons, Jr., Co-Chief Executive Officer

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **None**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **N/A**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **None**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **N/A**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____, California.

Dated _May 11, 2011 / May 11, 2011_

_/s/ Dennis Fitzgerald / Bernard Lyon_
Dennis Fitzgerald and Bernard E. Lyons, Jr.
Debtor

_____
Joint Debtor

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                         **F 1015-2.1**

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                Best Case Bankruptcy

Verification of Creditor Mailing List - (Rev. 10/05)                                   2005 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name       **Ron Bender 143364**

Address    **10250 Constellation Blvd. Suite 1700 Los Angeles, CA 90067**

Telephone  **(310) 229-1234**

■ Attorney for Debtor(s)
☐ Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT |
| CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE |

| List all names including trade names used by Debtor(s) within last 8 years:<br>**Alin Party Supply Co.**<br>**DBA Party Depot; DBA Alin's Party Depot; DBA Halloween America** | Case No.: |
| | Chapter:    **11** |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __25__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

### SEE NEXT PAGE

Date:

Date:  **May 13, 2011**

**Dennis Fitzgerald and Bernard E. Lyons, Jr./Co-Chief Executive Officers**
Signer/Title

Signature of Attorney
**Ron Bender 143364**
**Levene, Neale, Bender, Yoo & Brill LLP**
**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067**
**(310) 229-1234**

Verification of Creditor Mailing List - (Rev. 10/05)                                  2005 USBC, Central District of California

## MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name        **Ron Bender 143364**

Address     **10250 Constellation Blvd. Suite 1700 Los Angeles, CA 90067**

Telephone   **(310) 229-1234**

■ Attorney for Debtor(s)
☐ Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names used by Debtor(s) within last 8 years:<br>**Alin Party Supply Co.<br>DBA Party Depot; DBA Alin's Party Depot; DBA Halloween America** | Case No.: |
| | Chapter:      **11** |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of ___ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date May 1, 2011 / May 11, 2011

**Dennis Fitzgerald and Bernard E. Lyons, Jr./Co-Chief Executive Officers**
Signer/Title

Date: _____

Signature of Attorney
**Ron Bender 143384
Levene, Neale, Bender, Yoo & Brill LLP
10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067
(310) 229-1234**

Alin Party Supply Co.
14150 Artesia Boulevard
Cerritos, CA 90703


Ron Bender
Levene, Neale, Bender, Yoo & Brill LLP
10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067


U.S. Trustee - Riverside
3685 Main Street
Suite 300
Riverside, CA 92501


ADORNE GIFT PRODUCTION
2201 MINNETONKA BLVD
MINNETONKA, MN 55305


ADVANCED GRAPHICS
466 N MARSHALL WAY #C
LAYTON, UT 84041


ALLSTATE FLORAL
14038 PARK PLACE
CERRITOS, CA 90701


AMSCAN
80 GRASSLAND RD.
ELMSFORD, NY 10523


ANN CLARK LTD
112-B QUALITY LANE
RUTLAND, VT 05701

AURORA WORLD INC
8820 MERCURY LANE
PICO RIVERA, CA 90660


AVANTI
2500 PENOBSCOT BUILDING
DETROIT, MI 48226


B.B.WORLD
2200 SOUTH MAPLE AVE.
LOS ANGELES, CA 90011


BAMBOO TRADING COMPANY
2111 EAST MICHIGAN ST
STE 225
ORLANDO, FL 32806


BCP IMPORTS/SILLY BANDZ
148 MAIN ST
TOLEDO, OH 43605


BEISTLE COMPANY
1 BEISTLE PLAZA
PO BOX 10
SHIPPENSBURG, PA 17257


BINNEY & SMITH, INC
P.O. BOX 431
EASTON, PA 18044-0431


BLINKY PRODUCTS
1 SCULLEY ROAD
AYER, MA 01432

BO-BUNNY
P.O BOX 69
LAYTON, UT 84041-0069


BONITA PIONEER
7333 S.W BONITA RD
PORTLAND, OR 97224


BOOKMARK TRENZ
1943 FOWLER ST
FT MYERS, FL 33901


CALIFORNIA COSTUME CREATIONS
210 SOUTH ANDERSON ST
LOS ANGELES, CA 90033


CANDLE LAMP
1815 RUSTIN AVENUE
RIVERSIDE, CA 92507


CATHEDRAL ART METAL CO
PO BOX 6146
PROVIDENCE, RI 02940-6146


CENTER STAGE DESIGNS
16 STEWART RD
COLLINGWOOD, ON L9Y4K1


CHINA PRODUCTS CORP
14108 ROSECRANS AVE
SANTA FE SPRING, CA 90670

COE & DRU INC
589 TERRACE DRIVE
SAN DIMAS, CA 91773


COLLISION INDUSTRIES
10806 CUSHDON AVE
LOS ANGELES, CA 90064


COVINA PROPERTIES, LLC
595 EVELYN PLACE
BEVERLY HILLS, CA 90210


CRAFTY DAB
CLARENCE J VENNE, LLC
1425 HANFORD ST
LEVITTOWN, PA 19057-4709


CREATIVE CONVERTING
255 SPRING STREET
CLINTONVILLE, WI 54929


CREATIVE IMAGINATION
17832 GOTHARD STREET
HUNTINGTON BEACH, CA 92647


CREATIVE INNOVATIONS USA
1062 WILL LAKE RD
DISCOVERY BAY, CA 94514


CTI INDUSTRIES CORP.
22160 N. PEPPER RD.
BARRINGTON, IL 60010

D&S IMPORTS
30 HIGH ACRE ROAD
WESTON, CT 06883


DARICE
21160 DRAKE RD.
STRONGSVILLE, OH 44136


DEMDACO
7500 WEST 160TH ST
STILWELL, KS 66085


DESIGNER GREETINGS
P.O. BOX 140729
STATEN ISLAND, NY 10314


DESIGNSENSE INC
1920 CHESHIRE BRIDGE RD
ATLANTA, GA 30324


DESIGNWAY INC
1578 OLD COLUMBIA ROAD
LEWISBURG, TN 37091


DIE CUTS WITH A VIEW
2250 N. UNIVER. PKWY 4861
PROVO, UT 84604


DISGUISE INC.
9040 ACTIVITY RD ST D
SAN DIEGO, CA 92126

DM MERCHANDISING
4210 N TRANSWORLD RD
SCHILLER PARK, IL 60176


DREAMGIRL
10117 JEFFERSON BLVD
CULVER CITY, CA 90232


DUCK HOUSE
4651 STATE STREET
MONTCLAIR, CA 91763


DURABLE PACKAGING INT.
933 EAST REMINGTON RD
SCHAUMBURG, IL 60173


EK SUCCESS LTD.
125 ENTIN RD.
CLIFTON, NJ 07014


ELEGANT MOMENTS
PO BOX 9
PECKVILLE, PA 18452


ELOPE INC
3755 MARK DABLING BLVD
COLO SPRINGS, CO 80907-9018


Employment Development Dept.
P.O. Box 826880
Sacramento, CA 94280-0001

ETON
820 E WASHINGTON ST
WEST BEND, WI 53095


EVERGREEN ENTERPRISES, INC.
5915 MIDLOTHIAN TURNPIKE
RICHMOND, VA 23225


EVERGREEN PLAZA GROUP, LLC
c/o Team Management Co., LLC
5125 Wittenberg Lane North
Keizer, OR 97303


Evergreen Plaza Group, LLC
c/o Team Management Co., LLC
PO Box 20217
Keizer, OR 97303


Evergreen Plaza Group, LLC
c/o Team Management Co., LLC
PO Box 20217
Keizer, OR 97307


EXCEL PROPERTY MANAGEMENT SERVICES
9034 W. Sunset Blvd.
West Hollywood, CA 90069


FALK INDUSTRIES
569 BROADWAY
NEW YORK, NY 10012


FARLEY & SATHERS CANDY CO. INC
DEPT. CH 16416
PALATINE, IL 60055

FAUX DESIGNS
72 ROWE STREET
NEWTON, MA 02466


FERGUSONS'S MARINE SPECIA
617 N. FRIES AVE.
WILMINGTON, CA 90744


FLICKBACK MEDIA INC
9822 INDEPENDENCE
CHATSWORTH, CA 91311


FLORA CRAFT
1315 EAST THIRD ST.
POMONA, CA 97166


FOOTHILLS LIMITED
1295 ITHACA DRIVE
BOULDER, CO 80303


FORUM NOVELTIES, INC.
3000 LONG BEACH RD.
OCEANSIDE, NY 11572


FOTIMA
7401 KATELYN CT.  STE A
SAN DIEGO, CA 92120


Franchise Tax Board
Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952

FRANCO AMERICAN NOVELTY
8400 73RD AVE
GLENDALE, NY 11385


FUN EXPRESS
P.O. BOX 3407
OMAHA, NE 68103


FUN WORLD, INC.
80 VOICE ROAD
CARLE PLACE, NY 11515


FUNNY FASHION USA
10035 FEDERAL DR
COLORADO SPRING, CO 80908


FUSION-MEHTA RETAIL CORP
616 MACASSAR DR
PITTSBURGH, PA 15236


GANZ
60 INDUSTRIAL PARKWAY
CHEEKTOWAGA, NY 14227-9903


GARTNER
220 EAST MYRTLE STREET
STILLWATER, MN 55082


Gateway Business Bank
18000 Studebaker Road, Ste 550
Cerritos, CA 90703

GENERAL GIFTS  CAL CREATI
1702 NEWPORT CIRCLE BLD E
SANTA ANA, CA 92705


GEORGES FUN FACTORY
5410 Bayside Ridge Court
GALENA, OH 43021


GIFTCRAFT INC.
351 LANG BLVD
GRAND ISLAND, NY 14072-3123


GIFTWRAP
P.O.BOX 116741
ATLANTA, GA 30368-6741


GLAD TIDINGS
10290 MONROE DRIVE
#303
DALLAS, TX 75229


HISTORY & HERALDRY
4001 NW 124TH AVE
CORAL SPRINGS, FL 33065


HM SMALLWARES
4800 HICKMORE ST
ST LAURENT
QUEBEC CANADA H4T 1K2


HOLLYWOOD RIBBON CO.
P.O. BOX 63187
LOS ANGELES, CA 90063

HOOK PIN
2628 E ROSE AVE
ORANGE, CA 92867


HORTENSE B. HEWITT CO.
ONE STATIONERY PLACE
REXBURG, ID 83441


HOSPITALITY MINTS
PO DRAWER 3140
213 CANDY LANE
BOONE, NC 28607


HOWLER BRANDS LLC
540 BARNUM AVE
4TH FLOOR
BRIDGEPORT, CT 06608


HS ENTERPRISE USA
5709 E 61ST STREET
COMMERCE, CA 90040


Hudson Investment Company
Attn: John Hudson
PO Box 19119
Portland, OR 97280


Ikon Financial Services
PO Box 650073
Dallas, TX 75265-0073


INCHARACTER COSTUMES
5950 NANCY RIDGE DR
SUITE 100
SAN DIEGO, CA 92121

INNOVATIVE KIDS
18 ANN STREET
NORWALK, CT 06854-2258


Internal Revenue Service
P. O. Box 21126
Philadelphia, PA 19114


INVITING COMPANY
4545 W BETHANY ROAD
NO LITTLE ROCK, AR 72117


J.HOFERT CO.
1755 PRATER WAY
SPARKS, NV 89434


JOHN HINDE CURTEICH, INC
431 S LOMBARD ST
OXNARD, CA 93030


KALAN
97 SOUTH UNION AVE
LANSDOWNE, PA 19050


KEL TOY INC
255 BARNEVELD AVE
SAN FRANCISCO, CA 94124


LADY JAYNE
P.O. BOX 847
CYPRESS, CA 90630

LAMM PRODUCTS
P.O. BOX 43492
RICHMOND HEIGHT, OH 44143


LEG AVE INC
19601 E WALNUT DR SOUTH
INDUSTRY, CA 91748


LESLEY MONTION-GARCIA
ATTN: R. DUANE WESTRUP, ESQ.
444 West Ocean Blvd., Suite 1614
Long Beach, CA 90802


LION RIBBON
857 WILLOW CIRCLE
HAGERSTOWN, MD 21740


LION RIBBON
PO BOX 417
Hagerstown, MD 21741


LOFTUS NOVELTY & MAGIC CO
865 SOUTH 200 EAST
SALT LAKE CITY, UT 84111


Los Angeles County Tax Collector
500 West Temple Street
Room 225
Los Angeles, CA 90012


LYNN ROBERTS INTERNATIONA
9100 F STREET
OMAHA, NE 68127

MAGIQUE NOVELTIES
240 WESTGATE
CAROL STREAM, IL 60188


MAKE 'N MOLD
85 ROCK RIVER DR
SUITE 202
BUFFALO, NY 14207


MALDEN FRAMES
20 KENDRICK RD. BOX 288
WAREHAM, MA 02571


MARTHA STEWART CRAFTS
2256 PAYSPHERE CIRCLE
CHICAGO, CA 60674


MARYLAND PLASTICS, INC.
P.O. BOX 472
FEDERALSBURG, MD 21632


MAYFLOWER DISTRIBUTING
1155 MEDALLION DR
MENDOTA HEIGHTS, MN 55120


MEDTECH WRISTBANDS USA
7380 SAND LAKE RD
SUITE 500
ORLANDO, FL 32819


MEHRON INC.
100 RED SCHOOLHOUSE ROAD
CHESTNUT RIDGE, NY 10977

MELISSA & DOUG
PO BOX 590
WESPORT, CT 06881


METRO CANDY SALES
PO BOX 1283
SUISUN, CA 94585


MRS GROSSMAN PAPER COMPAN
3810 CYPRESS DR
PETALUMA, CA 94954


MYSTIC INDUSTRIES CORP
PO BOX 296
WAKEFIELD, MA 01880


NAKAJIMA INC
P.O. BOX 512306
LOS ANGELES, CA 90051


NAKAJIMA USA, INC
6053 W. CENTURY BLVD
SUITE 800
LOS ANGELES, CA 90045


NATURAL LIFE COLLECTIONS
1351 13TH AVE SOUTH
STE 100
JACKSONVILLE BE, FL 32250


NETWORK COMMERCIAL SERVICE, INC.
C/O LAW OFFICES OF SIEGAL &SIEGAL
6355 TOPANGA CANYON BLVD, SUITE 255
WOODLAND HILLS, CA 91367

NEW PARADISE INC.
10420 RUSH ST.
SOUTH EL MONTE, CA 91733


NRN DESIGNS
5142 ARGOSY AVENUE
HUNTINGTON BEAC, CA 92649


OAK PATCH GIFTS/LAID BACK
1050 OWEN LOOP SOUTH
EUGENE, OR 97402


ODD BALLS PAPER COMPANY
1004 MAIN STREET
PINE BLUFF, AK 71601


Pacific Realty Associates, LP
16588 S.W. 72nd Ave., Bldg 11
PO Box 5000
Portland, OR 97208


PACIFIC WESTERN
2980 ENTERPRISE ST
BREA, CA 92821


PACON CORPORATION
2525 NORTH CASALOMA DR
APPLETON, WI 54912-7068


PAPER CRAFT
15959 PIUMA AVENUE
CERRITOS, CA 90703

PAPER HOUSE PRODUCTIONS
P.O. BOX 259
SAUGERTIES, NY 12477


PAPER MAGIC GROUP
PO BOX 428
BERWICK, PA 18603


PAPER SO PRETTY
10855 CHURCH LANE
HOUSTON, TX 77043


PARADIGM FOOD WORKS
5875 LAKEVIEW BLVD #102
LAKE OSWEGO, OR 97035


PARTY DECO    EBB SALES
1142 CHESS DR.
FOSTER CITY, CA 94404


PARTY EXPRESS / HALLMARK
P.O. BOX 419580
KANSAS CITY, MO 64141


PAVILION GIFT
8210 BUFFALO RD
BERGEN, NY 14416


PEACEABLE KINGDOM PRESS
950 GILMAN STREE
#200
BERKELEY, CA 94710

PERFECT PRODUCTS CO
P.O. BOX 531
265 MORGES ROAD
MALVERN, OH 44644


PETALOO
5320 DERRY AVE.
SUITE S
AGOURA HILLS, CA 91301


PETER ALAN INC
18 GREEN POND ROAD
ROCKAWAY, NY 07866


PICTURE PERFECT
647 HILLCREST INDUSTRIAL
MACON, GA 31204


PIONEER PARTY GROUP
5000 E. 29TH ST. NORTH
WICHITA, KS 67220


PITINI ENTERPRISES INC
13223-1 BLACK MOUNTAIN RD
SUITE 431
SAN DIEGO, CA 92127


PLAY VISIONS
19180 144TH AVE NE
WOODINVILLE, WA 98072


PLEASER USA INC
679 S PLACENTIA AVE
FULLERTON, CA 92831

PS Business Parks LP
Attn: Elva Chavez
2599 E. 28th Street, Ste 204
Signal Hill, CA 90755


PS Business Parks LP
Attn: Elva Chavez
DEPT # 2520-06
Los Angeles, CA 90084-2520


PUMPKIN TEETH, LLC
6673 HIGHLAND DRIVE
WINDSOR, WI 53598


QUALITY DISCOUNT
450 S MELROSE DR
VISTA, CA 92081


RASTA IMPOSTA
PO BOX
RUNNEMEDE, NJ 08078


RAZ IMPORTS INC
1020 EDEN ROAD
ARLINGTION, TX 76001


RG COSTUMES & ACCESSORIES, INC.
726 ARROW GRAND CIRCLE
COVINA, CA 91722-2147


Rite Aid Corp
30 Hunter Lane
Camp Hill, PA 17001

Rite Aid Corp
PO Box 460
Camp Hill, PA 17001


Riverside County Tax Collector
P.O. Box 12005
Riverside, CA 92502-2205


RUBIE'S COSTUME CO. INC.
ONE RUBIE PLAZA
RICHMOND HILL, NY 11418


RUSS BERRIE & CO. WEST
2249 S. MCDOWEL
 92677


SAMAR DISTRIBUTOR INC
140 CARTER DRIVE
EDISON, NJ 08817


SAN LORI
4201 SOUTH SHACKLEFORD RD
LITTLE ROCK, AR 72204


Securities & Exchange Commission
Attn: Bankruptcy Counsel
5670 Wilshire Blvd., Fl 11
Los Angeles, CA 90036


SHAMROCK
422 NORTH CHIMNEY ROCK RD
GREENSBORO, NC 27419

SIEGE
6340 VIA TERRA
BOCA RATON, FL 33433


SIGNATURE MRKTING & MANUF
BEACON ADHESIVES
301 WAGARAW ROAD
HAWTHORNE, NJ 07506


SMIFFY'S
PECKETT PLAZA
CALDICOTT DRIVE
LINCOLNSHIRE, UK DN21 1FJ


SOLAR INC
71 SOUTH STATE ST
HAVKENSACK, NJ 07601


SPOONTIQUE
111 ISLAND ST.
STOUGHTON, MA 02072


STAMPENDOUS
1240 N RED GUM
ANAHEIM, CA 92806


STEPHAN BABY
PO BOX 657
3 PEQUIGNOT DRIVE
PIERCETON, IN 46562


SUNSTAR INDUSTRIES
360-366 W. 132ND ST.
LOS ANGELES, CA 90061

Suppose-U-Drive Rental Service
Attn: Rosa Avila
3809 San Fernando Road
Glendale, CA 91204


TAG TRADE ASC GRP-LTD
1730 WEST WRIGHTWOOD
CHICAGO, IL 60614-1914


TEAM COLORS SPORTS
PO BOX 93850
PASADENA, CA 91109


TEMKIN INTERNATIONAL
213 SOUTH TEMKIN WAY
PAYSON, UT 84651


THE DDR GROUP
11362 EDENBERG AVE
NORTHRIDGE, CA 91326


THE DIPLOMA MILL
P.O. BOX 17785
DENVER, CO 80217


THE LINDY BOWMAN CO
7180 TROY HILL DR
STE. JK
ELKRIDGE, MD 21075


The Mark and Dolly Rouse Trust
Dated November 5, 2008
1611 Kona Drive
Compton, CA 90220

THE PAPER COMPANY
510 RYERSON ROAD
LINCOLN PARK, NJ 07035


THE WHITNEY ENGLISH CO
4401 SW 23RD STREET
SUITE 202
OKLAHOMA CITY, OK 73108


TONIC STUDIOS
8608 UNIVERSITY GREEN
SUITE 4A
MIDDLETON, WI 53562


TRAVEL EXPRESSIONS
5733 NE QUARTZ DR
LEES SUMMIT, MO 64064


TREND ENTERPRISES
P.O. BOX 64073
ST. PAUL, MN 55164


TROPICAL SUN INC.
10035 FEDERAL DR
COLORADO SPRING, CO 80908-4508


TY INC.
P.O.BOX 5377
OAK BROOK, IL 60522


U.P.D, INC.
4507 MAYWOOD AVE
VERNON, CA 90058

UCHIDA OF AMERICA
P.O. BOX 30429
LOS ANGELES, CA 90030


UNDERWRAPS COSTUMES
9185 KELVIN AVE
CHATSWORTH, CA 91311


UNIQUE INDUSTRIES INC.
4750 LEAGUE ISLAND BLVD
PHILADELPHIA, PA 19112-1222


UNISON
13915 LIVE OAK AVE
IRWINDALE, CA 91706


US PLAYING CARD COMPANY
4590 BEECH ST
CINCINNATI, OH 45212


US TOY CO, INC
13201 ARRINGTON RD
GRANDVIEW, MO 64030-2886


VANDOR LLC
1600 SOUTH 4650 WEST
SALT LAKE CITY, UT 84104


VICKS DEN INC.
PO BOX 741168
BOYTON BEACH, FL 33474-1168

VISUAL EFFECTS INC.
600 EAST 156 ST
BRONX, NY 10455


Wal-mart Stores, Inc.
Asset Management
2001 SE 10th Street
Bentonville, AR 72716-5535


WILTON INDUSTRIES, INC.
P.O. BOX 94647
CHICAGO, IL 60690


WORTHINGTON CYLINDERS
P.O. BOX 391
COLUMBUS, OH 43085


YAOTTA PINATA
PO BOX 18387
ANAHEIM HILLS, CA 92817

| Attorney or Party Name, Address, Telephone & FAX Number, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Ron Bender**<br>**10250 Constellation Blvd.**<br>**Suite 1700**<br>**Los Angeles, CA 90067**<br><br>California State Bar Number: **143364**<br><br>*Attorney for Debtor* | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re:<br><br>    **Alin Party Supply Co.** | CASE NO.:<br>ADV. NO.:<br>CHAPTER:  **11** |
| Debtor(s), | |
| Plaintiff(s), | |
| Defendant(s). | |

## Corporate Ownership Statement Pursuant to
## FRBP 1007(a)(1) and 7007.1, and LBR 1007-4

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   **Ron Bender 143364**              , the undersigned in the above-captioned case, hereby declare
    *(Print Name of Attorney or Declarant)*

under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.     I have personal knowledge of the matters set forth in this Statement because:

    ☐ I am the president or other officer or an authorized agent of the debtor corporation

    ☐ I am a party to an adversary proceeding

    ☐ I am a party to a contested matter

    ☒ I am the attorney for the debtor corporation

2.a.   ☒ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of
      the corporation's(s') equity interests:
      The Fitzgerald Family Trust dated 9/8/93 (Dennis and Jeanette Fitzgerald, co-trustees) – 50%
      The Bernard E. Lyons Jr. Living Trust dated December 29, 1999 (Bernard Lyons and Nancy Lyons, co-trustees) – 16.67%
      The Mary T. Lane Living Trust dated May 5, 2000 – 16.67% (Mary and Scott Lane)
      Daniel E. Lyons Trust Agreement dated August 21, 1995 – 16.66% (Daniel Lyons)
      *[For additional names, attach an addendum to this form.]*

b.    ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.
                            May 13, 2011

Signature of Attorney or Declarant                     Date

**Ron Bender 143364**
Printed Name of Attorney or Declarant

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Ron Bender (SBN 143364)<br>Krikor J. Meshefejian (SBN 255030)<br>Levene, Neale, Bender, Yoo & Brill LLP<br>10250 Constellation Blvd.<br>Suite 1700<br>Los Angeles, CA 90067<br><br>☒ Attorney for: Debtor | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re:<br><br>   Alin Party Supply Co.<br><br>                                        Debtor(s). | CASE NO.:<br>CHAPTER: 11<br>ADV. NO.: |

## ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

| ☒ | Petition, statement of affairs, schedules or lists | Date Filed: | __5/13/2011__ |
|---|---|---|---|
| ☐ | Amendments to the petition, statement of affairs, schedules or lists | Date Filed: | |
| ☐ | Other: _____ | Date Filed: | |

### PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____ / _____        May 11, 2011  /  May 11, 2011
Signature of Authorized Signatory of Filing Party                           Date

**Dennis Fitzgerald and Bernard E. Lyons, Jr.**
*Printed Name of Authorized Signatory of Filing Party*

**Co-Chief Executive Officers**
*Title of Authorized Signatory of Filing Party*

### PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

*/s/ Ron Bender*                                                 05/13/2011
*Signature of Attorney for Filing Party*                          Date

**Ron Bender, Esq.**
*Printed Name of Attorney for Filing Party*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*November 2006*

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

CERTIFICATE OF OFFICERS
OF
**ALIN PARTY SUPPLY CO.**
a California corporation

The undersigned, being the duly elected, qualified and acting Co-Chief Executive Officers of Alin Party Supply Co., a California corporation (the "Company"), and in connection with the filing of a Voluntary Bankruptcy Petition in the United States Bankruptcy Court for the Southern District of California, hereby certify on behalf of the Company that:

1. Attached hereto as Exhibit A is a true, correct and complete copy of resolutions duly adopted by the Board of Directors of the Company pursuant to a Unanimous Written Consent dated as of April 29, 2011. Such resolutions are the only resolutions of the Board of Directors of the Company with respect to the matters referenced therein, and such resolutions have not been amended, modified or rescinded and remain in full force and effect as of the date hereof.

IN WITNESS WHEREOF, the undersigned have executed this Certificate of Officers on May _11_, 2011.

Dennis Fitzgerald, Co-CEO

Bernard E. Lyons, Jr., Co-CEO

## EXHIBIT A

### Board Resolutions

### 3    Decision to Proceed with Chapter 11 Bankruptcy Reorganization

NOW, THEREFORE, BE IT RESOLVED, that the Company is authorized and directed to commence as soon as practicable a reorganization under Chapter 11 of the United States Bankruptcy Code (the "Reorganization");

RESOLVED FURTHER, that the Company is authorized and directed to prepare and file a voluntary petition for reorganization in the United States Bankruptcy Court, Central District of California (the "Bankruptcy Petition");

RESOLVED FURTHER, that Dennis Fitzgerald and Bernie Lyons, Co-CEO's, are hereby authorized on behalf of and in the name of the Company to execute and file the Bankruptcy Petition and all related documents and papers;

RESOLVED FURTHER, that Andrew Richman, President and COO (the "Designated Officer"), is hereby authorized on behalf of and in the name of the Company to execute and file with the bankruptcy court throughout the pendency of the case any and all further pleadings, motions and documents as he deems necessary or advisable for ordinary course operation of the business or routine administration of the Reorganization;

FURTHER RESOLVED, that the Designated Officer is hereby authorized on behalf of and in the name of the Company to execute and file and to cause counsel to the Company to prepare with the assistance of the Company as appropriate all petitions, schedules, lists and other papers, documents and pleadings in connection with the Company's bankruptcy case, and other than as specifically set forth below to take any and all action which the Designated Officer deems necessary and proper in connection with the ordinary course of the Company's bankruptcy case without the need for any further approval of the Board;

RESOLVED FURTHER, that such actions which the Designated Officer has the authority to cause the Company to take without any further approval of the Board shall include attending the Company's meeting of creditors as required by the Bankruptcy Code, appearing at bankruptcy court hearings on behalf of the Company, meeting with the Office of the United States Trustee on behalf of the Company, hiring and terminating employees; purchasing product or materials; selling product; entering into or continuing with agreements; collecting accounts receivable; and negotiating with creditors, lenders, vendors, suppliers and landlords;

FURTHER RESOLVED, that the Designated Officer shall not cause the Company to take any action outside the Company's ordinary course of business without first obtaining the prior approval of the Board;

RESOLVED FURTHER, that actions which will require the prior approval of the Board include:

- causing the Company to close additional stores or facilities or sell assets outside the ordinary course of business;
- causing the Company to propose a plan of reorganization or disclosure statement;
- seeking Bankruptcy Court approval for post-bankruptcy financing and executing any agreements related to such financing;

- assuming, assigning, or rejecting executory contracts and unexpired leases;

- renegotiating the terms of executory contracts and unexpired leases;

- signing new or amended contracts and leases (other than temporary, seasonal store leases); and

- commencing and defending litigation involving the Company;

RESOLVED FURTHER, that the Designated Officer shall not have any authority under these resolutions to execute or file motions, pleadings or documents with respect to the foregoing matters designated as requiring prior approval of the Board.